United States District Court
Southern District of Texas
**ENTERED**
May 15, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RICHARD SCHLUTER § | |
| Plaintiff § | |
| VS § | CIVIL ACTION NO. 4:23cv0858 |
| § | |
| US BANK NATIONAL ASSOCIATION § | |
| AS TRUSTEE FOR THE CABANA SERIES § | |
| IV TRUST, et al § | |
| Defendants § | |

## ORDER STAYING CASE

Pending before the Court is a Suggestion of Bankruptcy (Doc. No. 12) stating that on April 29, 2023, Plaintiff Richard Schluter filed a voluntary Chapter 13 petition under the United States Bankruptcy Code, 11. U.S.C. §101 et seq., in the United States Bankruptcy Court for the Southern District of Texas, Houston Division. The bankruptcy case is styled Richard Alan Schluter, Jr., debtor and assigned case number 23-31526. An Automatic Stay is presently in effect.

When a bankruptcy petition is filed, an automatic stay operates as a self-executing injunction. The stay prevents creditors from taking any collection actions against the debtor or the property of the debtor's estate for pre-petition purposes. 11 U.S.C. § 362(a). The Court therefore

ORDERS that this case is STAYED. All pending motions are MOOT, but may be summarily re-urged if the automatic stay is lifted.

SIGNED at Houston, Texas, this _13th_ day of May, 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE